USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
       :
STEVE ANACACY, *on behalf of himself and others*  :
*similarly situated in the proposed FLSA Collective Action*,  :
       :   1:22-cv-4239-GHW
      Plaintiffs,  :
       :   ORDER
    -v -   :
       :
DRC GROUP, INC., *et al.*, :
       :
      Defendants.  :
       :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Plaintiff filed this case over five months ago on May 24, 2022. Dkt. No. 1. Plaintiff, however, has not shown that he has served each of the defendants, and no defendants have appeared in the case. *See* Dkt. Nos. 8–10 (showing summons returned executed for three of the six defendants in this case). Accordingly, Plaintiff is ORDERED to provide an update on the status of this case, by letter filed on the docket, no later than November 4, 2022.

SO ORDERED.

Dated: October 31, 2022

                                                        GREGORY H. WOODS
                                                United States District Judge