```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
STEVE ANACACY, *on behalf of himself and others*               :
*similarly situated in the proposed FLSA Collective Action*,   :
                                                               :      1:22-cv-4239-GHW
                                              Plaintiff,       :
                                                               :      ORDER
                     -v -                                      :
                                                               :
DRC GROUP, INC., *et al.*,                                     :
                                                               :
                                              Defendants.      :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Plaintiff filed his complaint on May 24, 2022. Dkt. No. 1. On October 31, 2022 the Court issued an order directing Plaintiff to provide an update on the status of this case no later than November 4, 2022. Dkt. No. 11. As of today, Plaintiff has not done so. Accordingly, since Plaintiff has taken no steps to advance his case in over 5 months, Plaintiff is ORDERED to show cause no later than November 10, 2022 why this case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

      Plaintiff is directed to serve a copy of this order on all Defendants in this action and to retain proof of service.

      SO ORDERED.

Dated: November 7, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge