Attorney: LEVIN EPSTEIN & ASSOCIATES PC Address: 60 EAST 42ND ST., STE#4700 NEW YORK, NY 10165      Job #: 1520269

# AFFIDAVIT OF NON SERVICE

Client's File No.: anacacy vs. drc

US DISTRICT COURT : SOUTHERN DISTRICT

INDEX NO.: 1:22-CV-04239
COUNTY OF SOUTHERN

STEVE ANACACY ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION

*Plaintiff*

vs

DRC GROUP INC, BEVERAGE CONTAINER RECYCLING CORPORATION, GARD RECYCLING INC, ALEX DOLJANSKY, MICHAEL VAITZMAN AND GUSTAVO "DOE"

*Defendant*

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: 11/10/2022, at the following time: 2:34 PM, at BEVERAGE CONTAINER RECYCLING CORP: 494 HUNTS POINT AVENUE, deponent attempted to serve the within SUMMONS IN A CIVIL ACTION - COMPLAINT

upon MICHAEL VAITZMAN

the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at

BEVERAGE CONTAINER RECYCLING CORP: 494 HUNTS POINT AVENUE, BRONX, NY 10474

deponent was unable to effect process upon the person being served because of the following reason(s):

- [ ] unknown at address
- [ ] moved, left no forwarding
- [ ] evading
- [ ] unable to serve in timely fashion
- [ ] house/building vacant
- [ ] address does not exist
- [ ] service canceled by litigant
- [ ] no other occupants / tenants over 18 years of age
- [X] Other: UNK. COMPANY DOES NOT EXIST AT LOCATION ANYMORE

ATTEMPTS WERE MADE AS FOLLOWS:

| Date | Time | Place |
|---|---|---|
| 11/10/2022 | 2:34 PM | BEVERAGE CONTAINER RECYCLING CORP: 494 HUNTS POINT |

Sworn to before me on 11/11/2022

NOTARY PUBLIC
DIANNE GONZALEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01GO6025621, QUALIFIED IN QUEENS COUNTY
TERM EXPIRES, AUGUST 3, 2023

ALBERT SANCHEZ
DCA License # 2067822

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*