```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2023
```

# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0046 • E: Joshua@levinepstein.com

**VIA ECF**
The Honorable Gregory H. Woods, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

January 17, 2023

**MEMORANDUM ENDORSED**

Re:   *Anacacy v. DRC Group, Inc. et al*
   **Case No.: 1:22-cv-04239-GHW**

Dear Honorable Judge Woods:

This law firm represents plaintiff Steve Anacacy (the "Plaintiff") in the above-referenced matter.

This letter respectfully serves as a request for an enlargement of time to serve individual defendants Alex Doljansky and Michael Vaitzman (together, the "Individual Defendants"), to, through and including February 15, 2023 pursuant to Federal Rules of Civil Procedure ("Fed.R.Civ.P.") 4(m).

After diligently attempting to research updated residential and business addresses, Plaintiff has successfully located the whereabouts of the Individual Defendants. Additional time is needed for Plaintiff's process servers to serve them.

The undersigned anticipates being able to complete service on the Individual Defendants on or before February 15, 2023.

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
Jason Mizrahi, Esq.
60 East 42nd Street, Suite 4700
New York, New York 10165
Tel. No.:  (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

VIA ECF: All Counsel

---

Application granted.  Plaintiff's deadline to complete service on the Individual Defendants in this case is extended to February 15, 2023.  Plaintiff should not expect further extensions of time.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 30.
SO ORDERED.

Dated:  January 18, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge