```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
STEVE ANACACY, *on behalf of himself and others* :
*similarly situated in the proposed FLSA Collective Action*, :
: 1:22-cv-4239-GHW
Plaintiff, :
: ORDER
-v - :
:
DRC GROUP, INC., *et al.*, :
:
Defendant. :
X
-----------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

On January 18, 2023, the Court granted Plaintiff's fourth request for an enlargement of time to serve the Individual Defendants in this case. *See* Dkt. No. 31; *see also* Dkt. No. 21; Dkt. No. 23; Dkt. No. 29. Specifically, the Court granted Plaintiff's request to extend the time for service of those Defendants through February 15, 2023. Dkt. No. 31. It did so based on Plaintiff's representation that "[a]fter diligently attempting to research updated residential and business addresses, Plaintiff ha[d] *successfully located* the whereabouts of the Individual Defendants" and that additional time was needed solely "for Plaintiff's process servers to serve them." *Id.* (emphasis added). The Court informed Plaintiff that he "should not expect further extensions of time." *Id.*

No notice of service of these Defendants has been filed on the docket. Accordingly, Plaintiff is directed to file, by no later than February 21, 2023, a letter on the docket explaining how it expects to proceed in this case, which should address whether Individual Defendants should be dismissed from the case for failure to timely serve process. *See* Fed. R. Civ. P. 4(m).

SO ORDERED.

Dated: February 16, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge