UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
STEVE ANACACY, on behalf of himself and
others similarly situated, in the proposed FLSA     CASE NO.: 1:22-cv-04239
Collective Action,

        Plaintiff,

v.

DRC GROUP, INC., BEVERAGE CONTAINER
RECYCLING CORPORATION, GARD RECYCLING,
INC., ALEX DOLJANSKY, MICHAEL VAITZMAN,
and GUSTAVO "DOE",

        Defendants.
-----------------------------------------------------------------X

## NOTICE OF ATTORNEY APPEARANCE

Nolan Klein, Esquire, of the Law Offices of Nolan Klein, P.A., hereby gives notice of appearing as counsel of record for Defendants, DRC GROUP, INC., BEVERAGE CONTAINER RECYCLING CORPORATION, GARD RECYCLING CORPORATION, INC., and ALEX DOLJANSKY, in the above-styled action.

DATED this **22nd** day of **March,** 2023.

    Respectfully Submitted,

    LAW OFFICES OF NOLAN KLEIN, P.A.
    *Attorneys for Defendants*
    5550 Glades Road, Suite 500
    Boca Raton, FL 33431
    PH: (954) 745-0588

    By: */s/ Nolan Klein*
    NOLAN KLEIN, ESQ.
    (NK4223)
    klein@nklegal.com
    amy@nklegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **22nd** day of **March,** 2023.

By: /s/ Nolan Klein
NOLAN KLEIN, ESQ.

### SERVICE LIST:

**JOSHUA LEVIN-EPSTEIN, ESQ.**
**JASON MIZRAHI, ESQ.**
LEVIN-EPSTEIN & ASSOCIATES, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Ph:   (212) 792-0046
joshua@levinepstein.com
jason@levinepstein.com
*Attorneys for Plaintiff*