**LAW OFFICES OF NOLAN KLEIN, P.A.**                    ATTORNEYS & COUNSELORS

**112 W. 34TH STREET, SUITE 1800**
**NEW YORK, NY 10120**
**PH: (646) 560-3230**

**5550 GLADES ROAD, SUITE 500**
**BOCA RATON, FL 33431**
**PH: (954) 745-0588**

www.nklegal.com

                                                                             Nolan Klein, Esq.
                                                                             klein@nklegal.com

March 27, 2023

**VIA ECF**

Honorable Judge Gregory H. Woods
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

        Re:        *Anacacy v. DRC Group, Inc., et al.*
                  *SDNY Case No.: 1:22-cv-04239*

Dear Judge Woods,

      This office represents the Defendants, DRC Group, Inc., Beverage Container Recycling Corporation, Gard Recycling, Inc., and Alex Doljansky, in the above-captioned matter. An initial pretrial conference is scheduled for April 13, 2023 at 4:00 p.m.

      Counsel for Defendants will be out of the office on a fully pre-paid family vacation in Orlando, Florida, during this time. Counsel therefore respectfully requests that the conference be conducted by telephone or videoconference. Counsel for Plaintiff has no objection to the relief requested herein and the request will not prejudice any of the parties.

      We thank the Court for your time and consideration in this matter.

                                               Respectfully Submitted,

                                               **Law Offices of Nolan Klein, P.A.**

                                               By:  */s/ Nolan Klein*
                                                       NOLAN KLEIN
                                                      (NK4223)

NKK/amd
cc:  Joshua A. Levin-Epstein, Esq. (via ECF)
      Jason Mizrahi, Esq. (via ECF)