```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
:
STEVE ANACACY, *on behalf of himself and others* :
*similarly situated in the proposed FLSA Collective Action*, :
: 1:22-cv-4239-GHW
Plaintiff, :
: ORDER
-v - :
:
DRC GROUP, INC., *et al.*, :
:
Defendants. :
:
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On March 27, 2023, Defendants filed two unopposed requests in this case (a) to extend their time to answer or otherwise respond to Plaintiff's complaint, Dkt. No. 43, and (b) to conduct the initial pretrial conference in this case by telephone, Dkt. No. 44.  Both requests are GRANTED.  The deadline for Defendants to answer or otherwise respond to the complaint is extended to April 6, 2023.  The initial pretrial conference in this case, *see* Dkt. No. 39, will now be conducted by telephone.  The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website.  Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions.  The parties are specifically directed to comply with Rule 2(B) of the Court's Individual Rules.  All other instructions in the Court's previous order concerning the initial pretrial conference, *see* Dkt. No. 39, remain in full force and effect.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 43 and 44.

SO ORDERED.

Dated: March 27, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge