```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                   :
STEVE ANACACY, on behalf of himself and others                     :
similarly situated in the proposed FLSA Collective Action,         :
                                                                   :             1:22-cv-4239-GHW
                                              Plaintiff,           :
                                                                   :                 ORDER
                    -v -                                           :
                                                                   :
DRC GROUP, INC., et al.,                                           :
                                                                   :
                                              Defendants.          :
                                                                   :
----------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

As discussed at the April 13, 2023 conference, Defendants are directed to file and serve their anticipated motion to dismiss no later than June 9, 2023. Plaintiff's opposition must be filed and served no later than three weeks following the date of service of Defendants' motion; Defendants' reply, if any, must be filed and served no later than one week following the date of service of Plaintiff's opposition. Additionally, for the reasons discussed at the April 13 conference, discovery in this case is stayed pending the Court's resolution of Defendants' anticipated motion to dismiss.

SO ORDERED.

Dated: April 13, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2023