**LEVIN-EPSTEIN & ASSOCIATES, P.C.**

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0046 • E: Joshua@levinepstein.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/2023

May 30, 2023

**MEMORANDUM ENDORSED**

<u>VIA ECF</u>
The Honorable Gregory H. Woods, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Anacacy v. DRC Group, Inc. et al*
<u>Case No.: 1:22-cv-04239-GHW</u>

Dear Honorable Judge Woods:

This law firm represents plaintiff Steve Anacacy (the "Plaintiff") in the above-referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rule I(E), this letter respectfully serves to request a global extension of time of the briefing schedule on Defendant's motion to dismiss, as follows:

1. Plaintiffs' opposition to the motion to dismiss to be filed on or before June 28, 2023; and

2. Defendant's reply to the motion to dismiss to be filed on or before July 5, 2023.

This is the first request of its kind, and is made on consent of Defendants Beverage Container Recycling Corporation, DRC Group, Inc., Alex Doljansky, and Gard Recycling, Inc., (collectively, the "Defendants").

The basis of this request is that the undersigned will be traveling overseas from June 1, 2023, to, through and including, June 17, 2023, and will have extremely limited availability during this time.

We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By:   */s/ Jason Mizrahi*
Jason Mizrahi
60 East 42nd Street, Suite 4747
New York, NY 10170
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com

---

Application denied.  At the April 13, 2023 conference, the Court -- with counsel present -- set a briefing schedule for Defendant's anticipated motion.  Dkt. No. 50.  This letter does not identify sufficient cause for deviating from that schedule.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 53.
SO ORDERED.

Date:   May 31, 2023

GREGORY H. WOODS
United States District Judge