```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
STEVE ANACACY, *on behalf of himself and others* :
*similarly situated in the proposed FLSA Collective Action*, :
: 1:22-cv-4239-GHW
Plaintiff, :
: ORDER
-v - :
:
DRC GROUP, INC., *et al.*, :
:
Defendants. :
:
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

In response to Defendants' May 24, 2023 motion to dismiss, Dkt. No. 51, Plaintiffs have amended their complaint pursuant to Rule 15(a)(1)(B). Accordingly, Defendants' motion to dismiss is denied as moot. Pursuant to the Court's Individual Rule 3(D), the deadline for Defendants to answer or otherwise respond to the amended complaint is July 5, 2023.

SO ORDERED.

Dated: June 14, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge