# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0048 • E: jason@levinepstein.com

June 15, 2023

***VIA ECF***
The Honorable Gregory H. Woods, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

       Re: *Anacacy v. DRC Group, Inc. et al*
          **Case No.: 1:22-cv-04239-GHW**

Dear Honorable Judge Woods:

  This law firm represents plaintiff Steve Anacacy (the "Plaintiff") in the above-referenced matter.

  Pursuant to Your Honor's Individual Motion Practice Rule 3(D), enclosed herein, please find a legal blackline of Plaintiff's First Amended Complaint (the "Amended Complaint"), filed simultaneously herewith. The legal blackline shows the changes between Plaintiff's Amended Complaint, and Plaintiff's original Complaint, filed on March 24, 2022 [Dckt. No. 1].

  We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

                LEVIN-EPSTEIN & ASSOCIATES, P.C.

                By: */s/ Jason Mizrahi*
                   Jason Mizrahi
                   60 East 42nd Street, Suite 4747
                   New York, NY 10170
                   Tel. No.:  (212) 792-0048
                   Email: Jason@levinepstein.com
                   *Attorneys for Plaintiff*

Encl.