Y'all got a spot for me ? I need some extra money but I can't work Saturday 

1 Reply

Yesterday 12:32 PM

His lawyer bout to ▇ y'all up

I'm talking to him now

Yesterday 7:09 PM



Cubbz

Steve ?

Yea

Smfh

It's a video

Talking to Alex



**Cubbz**

Steve ?

Yea

Smfh

It's a video

Talking to Alex



I'm tryna get it for u

What else he said ?

He asking for 60k

Today 10:26 AM

Y'all got a spot for me ? I need some extra money but I can't work Saturday

We need a driver ! Are you