```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
STEVE ANACACY, *on behalf of himself and others* :
*similarly situated in the proposed FLSA Collective Action*, :
: 1:22-cv-4239-GHW
Plaintiff, :
: ORDER
-v - :
:
DRC GROUP, INC., *et al.*, :
:
Defendants. :
:
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

As stated at the July 11, 2023 conference, Defendants' anticipated motion to dismiss must be filed and served no later than three weeks from the date of this order. Plaintiff's opposition must be filed and served no later than three weeks following the filing of the motion to dismiss; Defendants' reply, if any, must be filed and served no later than one week following the filing of Plaintiff's opposition. Finally, for the reasons stated at the same conference, discovery remains stayed until the resolution of Defendants' anticipated motion.

SO ORDERED.

Dated: July 11, 2023
       New York, New York

                                            _____
                                                 GREGORY H. WOODS
                                              United States District Judge