**LAW OFFICES OF NOLAN KLEIN, P.A.**          ATTORNEYS & COUNSELORS

112 W. 34TH STREET, SUITE 1800
NEW YORK, NY 10120
PH: (646) 560-3230

5550 GLADES ROAD, SUITE 500
BOCA RATON, FL 33431
PH: (954) 745-0588

www.nklegal.com

Nolan Klein, Esq.
klein@nklegal.com

August 1, 2023

**VIA ECF**

Honorable Judge Gregory H. Woods
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

> Re:  *Anacacy v. DRC Group, Inc., et al.*
>      *SDNY Case No.: 1:22-cv-04239*

Dear Judge Woods,

    The parties hereby notify this Court that a settlement framework has been reached in principle. The parties hereby request that all pending deadlines and/or conferences therefore be adjourned for thirty (30) days.

    We thank the Court for your time and consideration in this matter.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By: /s/ Nolan Klein
    NOLAN K. KLEIN
    (NK4223)

NKK/amd
cc: Joshua A. Levin-Epstein, Esq. (via ECF)
    Jason Mizrahi, Esq. (via ECF)