USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                                  :

STEVE ANACACY, *on behalf of himself and others*   :
*similarly situated in the proposed FLSA Collective Action*,  :
                                                                                  :      1:22-cv-4239-GHW
                                                Plaintiff,   :
                                                                        :            <u>ORDER</u>
                                -v -                               :

DRC GROUP, INC., *et al*.,                                        :

                                        Defendants.  :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As the parties have notified the Court that they have reached a settlement in this case, all deadlines set in any previous orders by the Court are adjourned *sine die*.

      SO ORDERED.

Dated: August 1, 2023                                             _____
New York, New York                                                    GREGORY H. WOODS
                                                                     United States District Judge