```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
STEVE ANACACY, on behalf of himself and others                   :
similarly situated in the proposed FLSA Collective Action,       :
                                                                 :
                                    Plaintiff,                   :
                                                                 :
                    -v -                                         :
                                                                 :
DRC GROUP, INC., et al.,                                         :
                                                                 :
                                    Defendants.                  :
---------------------------------------------------------------- :
                                                                 X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/2023

1:22-cv-4239-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On August 1, 2023, the parties submitted notice that they had reached a settlement in principle. Dkt. No. 68. The same day, the Court entered an order, Dkt. No. 69, directing the parties to either (1) seek judicial approval and order of dismissal of settlement claims with prejudice under Rule 41(a)(2); (2) stipulate to dismissal without prejudice under Rule 41(a)(1)(A); or (3) submit an executed Rule 68 offer and acceptance. The Court ordered the parties to proceed with one of these pathways by making the required submission no later than August 22, 2023.

The parties have not made the required submission to proceed with any of the three pathways. The parties are directed to comply with the Court's August 1, 2023 order forthwith, and in any event, no later than September 6, 2023.

SO ORDERED.

Dated: September 1, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge