# MEMORANDUM ENDORSED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Steve Anacacy, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                        *Plaintiff,*

            - against -

DRC Group, Inc., Beverage Container Recycling Corporation, Gard Recycling, Inc., Alex Doljansky, Michael Vaitzman, and Gustavo "Doe",

                        *Defendants.*
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/2023

Case No.: 22-cv-04239

**FED.R.CIV.P. 68 JUDGMENT**

WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants DRC Group, Inc., Beverage Container Recycling Corporation, Gard Recycling, Inc., and Alex Doljansky (collectively, the "Defendants"), having offered to allow Plaintiff Steve Anacacy ("Plaintiff") to take a judgment against the Defendants in this action for the total sum of Seven Thousand Five Hundred Dollars and Zero Cents ($7,500), payable as follows:

1. A payment in the amount of One Thousand Eight Hundred Seventy-Five Dollars and Zero Cents ($1,875.00) (the "Initial Payment") within seven (7) days of the Court's entry of the Rule 68 Judgment;

2. Three (3) installment payments in the amount of One Thousand Eight Hundred Seventy-Five Dollars and Zero Cents ($1,875.00) payable as follows:

    a. $1,875.00 due within thirty (30) days of the Initial Payment;

    b. $1,875.00 due within sixty (60) days of the Initial Payment; and

    c. a final payment of $1,875.00 due within ninety (90) days of the Initial Payment.

WHEREAS, in the event of Defendants' failure to make any payment when due as set forth above, the breach shall result in accelerated payment equal to two hundred percent (200%) of the

remaining balance in default, together with all costs and attorneys' fees incurred by Plaintiff in connection with any efforts to enforce any Judgment, less any payments made by Defendants as set forth herein. Defendants acknowledge and agree that this calls for a judgment in a greater amount than the initial judgment amount as a penalty for an uncured default

ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $7,500.00 as against Defendants.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendants.

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: September 20, 2023
New York, New York

GREGORY H. WOODS
United States District Judge